IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RYAN SCOTT LUSCOMBE, )<br>)<br>Defendant. ) | Criminal No. 17-00186-01-CR-W-RK |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On June 6, 2017, the Grand Jury returned a six-count indictment against defendant Ryan Scott Luscombe. Counts One through Three of the indictment charge defendant with wire fraud. Counts Four and Five charge defendant with mail fraud and Count Six charges defendant with engaging in monetary transactions in property derived from specified unlawful activity.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
Government: Brent Venneman/Courtney Pratten
Case Agent: FBI Agent Lindsay Schloemer
Defense: Pro Se

**OUTSTANDING MOTIONS**:

| 01/12/2018 | 24 | NOTICE of filing *Government's Notice of Intent to Offer Direct Evidence of Defendant's Fraud and Prior Bad Acts Pursuant to Fed. R. Evid. 404(b)* by USA as to Ryan Scott Luscombe (Venneman, Brent) (Entered: 01/12/2018) |
|---|---|---|

**TRIAL WITNESSES**:
Government: 18 witnesses with or without stipulations (testimony will be shorter with stipulations)
Defendants: 28 witnesses, including possibly the defendant, but one-half are duplicative of the government's witness list so more likely 12-14 witnesses)

**TRIAL EXHIBITS**
Government: 170 exhibits
Defendant: 150-180 exhibits for defendant, but 60-70% are on the government's exhibit list

**DEFENSES**:  General denial

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME:  5 days**
   Government's case including jury selection:   3 ½-4 days
   Defense case:  3 ½-4 days

**STIPULATIONS**: Government counsel will propose stipulations as to various business and bank records and as that the wire transfers involved interstate commerce.

**UNUSUAL QUESTIONS OF LAW:**  Defendant has subpoenaed a number of individuals by mail.  At the Pretrial Conference he was reminded he must comply with the requirements of Fed. R. Cr. P. 17.

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: **no later than thirty days prior to trial;** (original witness list filed 1/12/18; exhibit list filed 1/23/18),
Defense: **no later than thirty days prior to trial;** (witness and exhibit list filed 1/23/18)

Counsel are requested to list witnesses in alphabetical order on their witness list.

**Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, February 7, 2018.**
**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motions in Limine: None planned**

**TRIAL SETTING**: Criminal jury trial docket set for February 12, 2018.

**Please note: Due to out of town witnesses, the government is requesting that the case be set the first week of the trial docket.**

**IT IS SO ORDERED.**

_____
SARAH W. HAYS
United States Magistrate Judge